| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KIMBERLY A. SANCHEZ |
| | Assistant U.S. Attorney |
| 3 | 4401 Federal Building |
| | 2500 Tulare Street |
| 4 | Fresno, California 93721 |
| | Telephone: (559) 497-4077 |




IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:11-CR-00186 LJO |
|---|---|---|
| Plaintiff, | ) | ORDER TO UNSEAL INDICTMENT AND WARRANT OF ARREST |
| v. | ) | |
| JUAN HERRERA, RAFAEL VELASCO, AND FELIPE GUTIERREZ | ) | |
| DEFENDANTS. | ) | |

The indictment and warrant of arrest in this case, having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is HEREBY ORDERED that the indictment and warrant be unsealed and made public record.

Dated: June 7, 2011

U.S. Magistrate Judge

1