**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cr-0186 LJO |
| ) | |
| Plaintiff, ) | ORDER TRANSFERRING CASE |
| ) | |
| v. ) | |
| ) | |
| JUAN HERRERA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | 1:11-cr-0188 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| GONZALO ESQUIVEL, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to the Notice of Related Cases filed in these actions on June 14, 2011, stating that the above captioned cases are related, arise out of the same investigation, and should be assigned to a single judge, case number 1:11-cr-0188, is hereby transferred to the docket of District Judge Lawrence J. O'Neill and the following new case number should be typed on all future

///

1

pleadings in this case:   1:11-cr-0188 LJO.



IT IS SO ORDERED.

Dated:   **June 16, 2011**                                  **/s/ Oliver W. Wanger**
                                                            UNITED STATES DISTRICT JUDGE