1    BENJAMIN B. WAGNER
     United States Attorney
2    KIMBERLY A. SANCHEZ
     Assistant U.S. Attorney
3    2500 Tulare Street, Suite 4401
     Fresno, California  93721
4    Telephone: (559) 497-4000

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,       )  CASE NO. 1:11-cr-00186 LJO
                                     )
12                    Plaintiff,     )  STIPULATION AND ORDER FOR
                                     )  CONTINUANCE
13   v.                              )
                                     )
14   JUAN HERRERA,                   )
      AKA "JOKER,"                   )
15   RAFAEL VELASCO,                 )
      AKA "B STREET GUERRO," AND     )
16   FELIPE GUTIERREZ,               )
                                     )
17                    Defendants.    )
                                     )
18                                   )
                                     )
19   _____)

20

21        IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

22   United States Attorney and Kimberly A. Sanchez, Assistant U.S.

23   Attorney and Dan Koukol, attorney for defendant Herrera, Erin J.

24   Radiken, attorney for defendant Velasco, and Toni Carbone, attorney

25   for defendant Guteirrez to move for the status conference currently

26   set for July 1, 2011 to be continued to August 5, 2011 at 10:00 a.m.

27        Counsel have conferred, and counsel for defendants believe that

28   additional time beyond July 1, 2011 will be necessary to review

                                    1

1   discovery.  The government will be providing over 222 investigation

2   reports, wiretap affidavits and associated documents for nine (9)

3   different applications, audio and data from each of the court-

4   authorized wiretaps, and miscellaneous additional discovery, a large

5   majority of which will be sent during the week of June 20, 2011

6   (pursuant to F.R.Crim.P. 16 and local rule 400, on June 15, 2011

7   discovery was ordered to be produced on or before June 29, 2011 .

8   Additionally, counsel have coordinated their schedules, and all

9   counsel agree that August 5, 2011 is the first date upon which all

10  counsel are available.

11      Counsel agree that the time between the signing of the requested

12  order and August 5, 2011 will be excluded from the speedy trial

13  calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) in that the

14  defendants' and the public's interest in a speedy trial are

15  outweighed by the interests of justice in permitting counsel adequate

16  time to review the voluminous discovery in order to determine whether

17  they would like to request the Court to set a motion schedule or some

18  additional proceeding and for continuity of counsel such that all

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  defendants' counsel may appear.  Moreover, the parties agree that due

2  to the nature of the prosecution and the amount of discovery

3  resulting from the investigation involving multiple wiretaps,

4  pursuant to 18 U.S.C. §3161(h)(7)(B), the case is complex, and it is

5  unreasonable to expect adequate preparation for pretrial proceedings

6  or for the trial itself within the time limits established by 18

7  U.S.C. §3161.

8

9  Dated: June 23, 2011                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
10                                         United States Attorney

11                                By    /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
12                                     Assistant U.S. Attorney

13  Dated: June 23, 2011                  /s/ Dan Koukol
                                        DAN KOUKOL
14                                      Attorney for Juan Herrera

15  Dated: June 23, 2011                  /s/ Erin J. Radiken
                                        ERIN J. RADIKEN
16                                      Attorney for Rafael Velasco

17
   Dated: June 23, 2011                  /s/ Toni Carbone
18                                      TONI CARBONE
                                        Attorney for Felipe Gutierrez
19

20  GOOD CAUSE EXISTS FOR THE REQUESTED CONTINUANCE TO BE GRANTED.

21  TIME IS EXCLUDED FOR THE REASONS AGREED TO IN THE STIPULATION.

22  IT IS SO ORDERED.

23  **Dated:    June 23, 2011**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE
24

25

26

27

28

3