1
ERIN J. RADEKIN (SBN 214964)
ATTORNEY AT LAW
428 J Street, Suite 350
Sacramento, CA. 95814
Tel. (916) 441-0562
Fax (916) 447-2988
E-Mail: erinjolene@yahoo.com

Attorney for Defendant
RAFAEL VELASCO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN HERRERA,<br>FELIPE GUTIERREZ,<br>RAFAEL VELASCO,<br><br>    Defendants. | No. 1:11-cr-186 LJO<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date:  December 2, 2011<br>Time:  10:30 a.m.<br><br>Judge:  Honorable Lawrence J. O'Neill |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kimberly Sanchez, Assistant United States Attorney, attorney for plaintiff, together with Toni Carbone, attorney for defendant Felipe Gutierrez; Dan Koukol, attorney for defendant Juan Herrera; and Erin Radekin, attorney for defendant Rafael Velasco, that the previously-scheduled status conference date of October 7, 2011, be vacated and that the matter be set for status conference on December 2, 2011, at 10:30 a.m.

   Counsel have conferred, and this continuance is requested to allow defense counsel additional time to review discovery with the defendants, examine possible defenses and to continue investigating the facts of the case. Within the past two months, the defense has been provided with

hundreds of pages of additional discovery and 22 DVDs of recorded telephone conversations in addition to the initial batches of discovery discovered previously.  All defense counsel request additional time to review these materials and conduct investigation.

Further, the parties agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, October 3, 2011, to and including December 2, 2011.   Moreover, the parties previously agreed that due to the nature of the prosecution and the amount of discovery resulting from the investigation involving multiple wiretaps, pursuant to 18 U.S.C. §3161(h)(7)(B), the case is complex.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.  IT IS SO STIPULATED.


Dated:  October 3, 2011                                    /s/  Erin Radekin
                                                                         TONI CARBONE
                                                                         Attorney for Defendant
                                                                         FELIPE GUTIERREZ


Dated:  October 3, 2011                                    /s/ Erin Radekin for
                                                                         DAN KOUKOL
                                                                         Attorney for Defendant
                                                                         JUAN HERRERA


Dated:  October 3, 2011                                    /s/ Erin Radekin for
                                                                         ERIN RADEKIN
                                                                         Attorney for Defendant
                                                                         RAFAEL VELASCO


/ / /

/ /

Dated:  October 3, 2011                                                  U.S. ATTORNEY'S OFFICE

                                      by:   /s/ Erin Radekin for
                                                 KIMBERLY SANCHEZ
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the case is complex and that a failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, October 3, 2011, to and including December 2, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T4 (reasonable time for defense counsel to prepare), 18 U.S.C. §3161(h)(7)(B), and Local Code T2 (complex case).  It is further ordered that the October 7, 2011, status conference shall be continued until December 2, 2011 at 10:30 a.m.

IT IS SO ORDERED.

Dated:   October 5, 2011                                        /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE