DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**JUAN HERRERA**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11 CR 186 LJO SKO |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: March 19, 2012 <br> TIME: 1:00 PM |
| JUAN HERRERA ET AL., | JUDGE: Hon. Sheila K. Oberto |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Kimberly A. Sanchez, Assistant U.S. Attorney, defendant Juan Herrera, by and through his attorney, Dan Koukol, and defendant Rafael Velasco, by and through his attorney, Erin J. Radekin, that the status conference of March 19, 2012 be vacated and that a status conference be set for June 18, 2012 at 1:00 PM.

This continuance is being requested because the parties need additional time to discuss the case with the government and negotiate plea agreements. Counsel must acquire and review material related to defendants' prior convictions, determine relevant conduct attributable to defendants, and determine whether various motions must be filed.

Counsel agree that the time between the signing of the requested order and June 18, 2012

-1-

will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B) (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed by the interests of justice in permitting counsel adequate time to prepare.

DATED: MARCH 14, 2012         Respectfully submitted,


                              /s/ DAN KOUKOL
                              _____
                              DAN KOUKOL
                              Attorney for defendant Juan Herrera


DATED: MARCH 14, 2012         Respectfully submitted,


                              /s/ DAN KOUKOL FOR ERIN J. RADEKIN
                              _____
                              ERIN J. RADEKIN
                              Attorney for defendant Rafael Valasco


DATED: MARCH 14, 2012         Respectfully submitted,


                              /s/ DAN KOUKOL FOR KIMBERLY A. SANCHEZ
                              _____
                              KIMBERLY A. SANCHEZ
                              Assistant U.S. Attorney

**ORDER**

**IT IS ORDERED,** that the status conference in the above-entitled matter, scheduled for March 19, 2012, be vacated and the matter be continued to June 18, 2012, at 1:00 p.m. for a further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance

///

1 | outweigh the best interests of the public and the defendants to a speedy trial.

2 | IT IS SO ORDERED.

3 | Dated:  **March 14, 2012**                              **/s/ Sheila K. Oberto**
                                                         UNITED STATES MAGISTRATE JUDGE