DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**JUAN HERRERA**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11 CR 186 LJO SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTION HEARING AND STATUS CONFERENCE |
| vs. | |
| JUAN HERRERA, | |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Kimberly Sanchez; defendant, Juan Herrera, by and through his counsel, Dan Koukel; and defendant, Rafael Velasco, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for motion hearing and status conference, September 4, 2012, in the above-captioned matter, and to continue the motion hearing and status conference to October 1, 2012 at 1:00 p.m. in the courtroom of United States Magistrate Judge Sheila K. Oberto.

Further, counsel have conferred and further stipulate to and request that the Court order the following briefing schedule:

-1-

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Motions to be filed on or before: | August 15, 2012 |
| 2 | Responses to be filed on or before: | September 17, 2012 |
| 3 | Replies to be filed on or before: | September 24, 2012 |

The parties agree that defense counsel needs additional time to receive and review the following:

(1) All supporting attachments to Wiretap No. 11-01, Ten Day Report No. 1;

(2) All Ten Day Reports on Wiretap No. 11-04 and all supporting attachments;

(3) Bates 2111, 2113, 2114, and 2117;

(4) Wiretap No. 11-08 Ten Day Report No. 1 and all supporting attachments;

(5) Any additional outstanding discovery.

The parties further agree and stipulate that the time period from the filing of this stipulation until October 1, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.  Moreover, the parties previously agreed that due to the nature of the prosecution and the amount of discovery resulting from the investigation involving multiple wiretaps, pursuant to 18 U.S.C. §3161(h)(7)(B), the case is complex.

//

//

//

//

//

-2-

PDF created with pdfFactory trial version www.pdffactory.com

1 | Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

2 | IT IS SO STIPULATED

3 |

4 |

DATED: July 13, 2012              Respectfully submitted,

5 |

6 |                                 /s/ DAN KOUKOL
                                  _____
7 |                                 DAN KOUKOL
                                  Attorney for defendant Juan Herrera
8 |

9 |
DATED: July 13, 2012              Respectfully submitted,
10 |

11 |                                /s/ DAN KOUKOL FOR ERIN J. RADEKIN
                                  _____
12 |                                ERIN J. RADEKIN
                                  Attorney for defendant Rafael Valasco
13 |

14 |
DATED: July 13, 2012              Respectfully submitted,
15 |

16 |                                /s/ DAN KOUKOL FOR KIMBERLY A. SANCHEZ
                                  _____
17 |                                KIMBERLY A. SANCHEZ
                                  Assistant U.S. Attorney
18 |

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 |
-3-

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The parties' request for a continuance of the status conference is DENIED. The indictment in this case was filed on June 2, 2011, and this case has been pending for more than one year. The parties shall be prepared to request a mutually acceptable trial date at the next status conference.

IT IS SO ORDERED.

Dated:   **July 20, 2012**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

-4-

PDF created with pdfFactory trial version www.pdffactory.com