BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>            Plaintiff,               )<br>                                     )<br>v.                                   )<br>                                     )<br>JUAN HERRERA,                        )<br>                                     )<br>            Defendant.               )<br>                                     )<br>_____) | CASE NO. 1:11-CR-00186 LJO<br><br>MOTION AND<br>ORDER FOR EXTENSION OF TIME<br>FOR GOVERNMENT TO FILE RESPONSE<br>TO DEFENDANT'S MOTIONS |

   Benjamin B. Wagner, United States Attorney by and through Kimberly A. Sanchez, Assistant U.S. Attorney file this motion to extend the government's time to file a response to the defendant's Motion for Disclosure of Ministerial Grand Jury Records, Motion for Disclosure of Discovery, and Motion to Recuse Magistrate Judge which were filed on or about July 27, 2012 and August 3, 2012.  The requested extension is 2 days.

   On or about May 1, 2012, the Court issued an order directing that motions be filed on or about July 18, 2012, responses on or about August 20, 2012, and replies on or about August 27, 2012, with the hearing on said motions to be held on September 4, 2012 at 1:00

1

p.m.  The government is requesting that the Court permit its responses to be filed on or about August 22, 2012.  There is no request for any other dates to be changed.  The government has spoken to Mr. Koukol, who represents the defendant, and he has no objection to the request.

Dated: August 20, 2012               Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney

                                By   /s/ Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
                                     Assistant U.S. Attorney


Dated: August 20, 2012               /s/ Dan Koukol
                                     DAN KOUKOL
                                     Counsel for Juan Herrera


                                 ORDER

IT IS SO ORDERED.

**Dated:   August 23, 2012**            **/s/ Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE

2