| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | LEXI NEGIN, Bar #250376 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorneys for Defendant |
| | JUAN HERRERA |
| 7 | |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:11-cr-186 LJO |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| JUAN HERRERA, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge: Honorable LAWRENCE J. O'NEILL |

Defendant, JUAN HERRERA, by and through his attorney, Assistant Federal Defender, Lexi Negin, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kimberly Sanchez, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On November 18, 2013, this Court sentenced Mr. Herrera to a term of 192 months imprisonment pursuant to a Fed. R. Crim. Pro. Rule 11c1(c) agreement;

3. His total offense level was 33, his criminal history category was VI, and the resulting guideline range was 235 to 240 months. He received a downward departure to 192 months;

Stipulation and Order Re: Sentence Reduction     1

4. The sentencing range applicable to Mr. Herrera was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Herrera's total offense level has been reduced from 33 to 31, and his amended guideline range is 188 to 235 months. The parties stipulate that he is eligible for a reduction and that the Court should exercise its discretion and grant the reduction to the low end of the new sentencing guidelines: 188 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Herrera's term of imprisonment to a term of 188 months.

Respectfully submitted,

Dated: September 6, 2017

PHILLIP A. TALBERT
Acting United States Attorney

/s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: September 6, 2017

HEATHER E. WILLIAMS
Federal Defender

/s/ Lexi Negin
LEXI NEGIN
Assistant Federal Defender

Attorney for Defendant
JUAN HERRERA

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Herrera is entitled to the benefit Amendment 782, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 188 to 235 months. The Court finds that the low end of the guidelines range is an appropriate sentence.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November of 2013 is reduced to a term of 188 months. In no event is this Order to be understood as authorizing a term of imprisonment less than the term actually served as of the date of this order.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Herrera shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: **September 11, 2017**       /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE